1  Stephen D. Weisskopf, Esq. (State Bar No. 213596)
   sweisskopf@tocounsel.com
2  Walter Peña, Esq. (State Bar No. 247469)
   wpena@tocounsel.com
3  THEODORA ORINGHER PC
   10880 Wilshire Boulevard, Suite 1700
4  Los Angeles, California  90024-4101
   Telephone: (310) 557-2009
5  Facsimile: (310) 551-0283

**JS-6**

6  Attorneys for Plaintiff PARAMOUNT
   PETROLEUM CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PETROLEUM CORPORATION, a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KERR CONTRACTORS, INC., an Oregon corporation, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV 11-01752-JAK (FFMx)<br>Honorable John A. Kronstadt,<br>Ctrm. 750<br><br>**ORDER RE: DISMISSAL OF ENTIRE ACTION**<br><br>Date Action Filed:　March 1, 2011<br><br>Discovery Cutoff:　October 24, 2011<br>Motion Cutoff:　　December 5, 2011<br>Trial Date:　　　　January 31, 2012 |

857201.1/22163.05002                                                         CV 11-01752-JAK (FFMx)

*[PROPOSED] ORDER RE: DISMISSAL OF ENTIRE ACTION*

1  Having read and considered the Joint Stipulation of Dismissal executed by
2  Plaintiff Paramount Petroleum Corporation and Defendant Kerr Contractors, Inc.
3  wherein the parties request that all of Plaintiff's claims and Defendant's
4  counterclaims be dismissed with prejudice pursuant to Fed. R. Civ. P. 41, with each
5  party to bear its own costs, IT IS HEREBY ORDERED AS FOLLOWS:
6      The entire action as to all parties and all claims is dismissed with prejudice,
7  with each party to bear its own costs.

9  DATED: September 28, 2011

_____

Hon. John A. Kronstadt
United States District Judge